IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT LEE HOOD,             )
                             )
         Plaintiff,          )
                             )
         v.                  )      1:17CV308
                             )
JACK CLELLAND,               )
                             )
         Defendant(s).       )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted what the Court treated as a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review. Plaintiff submitted an *in forma pauperis* application, but did not use the proper form prescribed for use by prisoners in this Court.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

3. Pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed *in forma pauperis* in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the

prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). The Court located three such cases in the Eastern District of North Carolina alone: Hood v. Hill, No. 5:94-ct-100-H (E.D.N.C. Mar. 2, 1994) (Docket Entries 3 and 4, unpublished order and judgment dismissing case as frivolous), Hood v. Hill, No. 5:94-ct-86-BO (E.D.N.C. Mar. 15, 1994) (Docket Entries 4 and 5, unpublished order and judgment dismissing case as frivolous), and Hood v. Beck, No. 5:04-ct-312-BO (E.D.N.C. May 14 and 17, 2004) (Docket Entries 4 and 5, unpublished order and judgment dismissing case as frivolous). Plaintiff does not make any allegation that he faces imminent danger of serious physical injury. Therefore, he is not entitled to proceed *in forma pauperis*, but may pay the entire $400.00 filing fee.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint and is accompanied by the $400.00 filing fee. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

Plaintiff also filed a Motion (Docket Entry 3) seeking an appointment of counsel. That Motion will be denied in light of the recommendation that the case be dismissed.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion (Docket Entry 3) seeking an appointment of counsel is denied.

IT IS FURTHER ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above and is accompanied by the $400.00 filing fee.

This, the 7th day of April, 2017.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**